**Order entered August 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00221-CR
No. 05-13-00222-CR
No. 05-13-00240-CR

## VICTOR JOEL SUAREZ, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-41419-K, F06-45426-K, F06-45427-K**

## ORDER

We **GRANT** Official Court Reporter Janice E. Garrett's August 7, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
          JUSTICE